## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No.   3:18-cr-167-MMH-PDB

JONATHAN CODY

_____

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Early Termination of Supervised Release (Dkt. No. 87; Motion) filed on February 9, 2023.   In the Motion, Defendant seeks early termination of his supervised release.   See generally Motion.   Counsel for the United States opposes the relief requested in the Motion.   See United States' Response in Opposition to Defendant's Motion for Early Termination of Supervised Release (Dkt. No. 89; Response).   Upon consideration of the Motion, the Response, and the record in this matter, the Court determines that early termination is not warranted at this time.   Accordingly, it is

**ORDERED:**

Defendant's Motion for Early Termination of Supervised Release (Dkt. No. 87) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of March, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record
Defendant
United States Probation Office